AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

V.

LONGSHORE/DALY, INC., an Illinois
corporation

CASE NUMBER: 08CV3346

ASSIGNED JUDGE: JUDGE GUZMAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Longshore/Daly, Inc.
c/o Thomas S. Moore, Registered Agent
111 W. Washington Street, Suite 1100
Chicago, IL 60602-2705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

June 10, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 13, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eli B. Freiburg | Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

■ Served personally upon the defendant. Place where served: _____

_____

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

■ Returned unexecuted: _____

_____

■ Other (specify): Served copy on Registered Agent Thomas S. Moore at 111 W. Washington St., Suite 1100 Chicago, IL 60602 on 6/13/08

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　June 13, 2008　　　[signature]
　　　　　　　　Date　　　　　　Signature of Server

　　　　　　200 W. Adams Street, Suite 2200,
　　　　　　Chicago, IL　60606-5231
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.