# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Carpenters Fringe Benefit Funds of Illinois, et al. | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CV 3346 |
| Longshore/Daly, Inc., an Illinois corporation, | ) |
| Defendant. | ) |

## Notice of Motion

To:   Patrick N. Ryan
      Baum Sigman Auerbach & Neuman
      200 W Adams, Suite 2200
      Chicago, IL   60606

PLEASE TAKE NOTICE that on Thursday, June 26, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in the court room usually occupied by him in Room 1219 at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Motion to Extend Time to Respond, a copy of which is attached.

By:   /S/ Thomas S. Moore
      One of the Attorneys for
      Longshore/Daly, Inc.