**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Carpenters Fringe Benefit Funds of Illinois, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 3346 |
| | ) | |
| Longshore/Daly, Inc., an Illinois corporation, | ) | |
| Defendant. | ) | |

**Notice of Filing**

To:   Patrick N. Ryan
      Baum Sigman Auerbach & Neuman
      200 W Adams, Suite 2200
      Chicago, IL  60606

     PLEASE TAKE NOTICE that on Thursday, July 31, 2008, the Defendant's attorney has filed an Answer to Complaint at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, a copy of which is attached.

                                        By:   /S/ Thomas S. Moore
                                              One of the Attorneys for
                                              Longshore/Daly, Inc.

Thomas S. Moore
Jane F. Anderson
Anderson & Moore, P.C.
111 W Washington
Suite 1100
Chicago, IL  60602
(312) 251-1500