IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al*., | ) CIVIL ACTION ) |
| Plaintiffs, | ) NO. 08 C 3346 ) |
| vs. | ) HONORABLE RONALD A. GUZMAN ) |
| LONGSHORE/DALY, INC., a corporation, | ) MAGISTRATE JUDGE VALDEZ ) |
| Defendant. | ) |

## INITIAL STATUS REPORT

Pursuant to this Court's standing order, the Parties hereby submit this Initial Status Report with a proposed discovery schedule, and state as follows:

1. Plaintiffs, Carpenters Fringe Benefit Funds of Illinois, *et al.* ("Funds") brought suit pursuant to 29 U.S.C. §§ 1132 and 1145 of ERISA, against Defendant, Longshore/Daly, Inc., ("Longshore/Daly"), to recover unpaid contributions, liquidated damages, interest, costs and attorneys' fees from Defendant.

2. Counsel for the Funds and Longshore/Daly propose the following discovery schedule:

| | |
|---|---|
| Initial disclosures due: | August 22, 2008 |
| Deadline to amend pleadings and join parties: | October 31, 2008 |
| Discovery to be completed: | October 31, 2008 |
| Deadline for filing dispositive motions: | December 5, 2008 |

Longshore/Daly has filed its Answer acknowledging its obligations to the Funds, but is disputing the amounts that are due. The parties are actively engaged in settlement discussions, and anticipate that this matter will be resolved by a Settlement Agreement.

     3.     The parties have discussed, and would be willing to consent to proceed before the assigned Magistrate Judge.

Respectfully submitted,                                   Respectfully submitted,

s/Patrick N. Ryan                                              s/ Thomas S. Moore
One of the Attorneys for the Plaintiffs              One of the Attorneys for the Defendant


Patrick N. Ryan                                                 Thomas S. Moore
BAUM SIGMAN AUERBACH & NEUMAN, LTD.        ANDERSON & MOORE, P.C.
200 West Adams Street, Suite 2200                111 W. Washington, Suite 1100
Chicago, IL  60606-5231                              Chicago, IL  60602
Telephone:  (312) 236-4316                           Telephone: (312) 251-1500

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on or before 5:00 p.m. on Tuesday, the 5th day of August 2008, he electronically filed, **Initial Status Report**, with the Clerk of Court using the CM/ECF system which will send an e-mail notification of such filing to the following:

Thomas S. Moore
ANDERSON & MOORE, P.C.
111 W. Washington, Suite 1100
Chicago, IL   60602
E-Mail: email@andersonmoorelaw.com

                                                           /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Longshore-Daly\initial status report.pnr.mgp.wpd