**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carpenters Fringe Benefit Funds Of Illinois, et al.

                      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03346
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Longshore/Daly, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman: Defendant not in court. Status hearing held on 8/11/2008. All discovery ordered closed by 10/31/2008. Status hearing set for 11/5/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.