**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Carpenters Fringe Benefit Funds Of Illinois, et al.

          Plaintiff,

v.               Case No.: 1:08−cv−03346
                Honorable Ronald A. Guzman

Longshore/Daly, Inc.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to parties Consent Decree, this action is hereby dismissed. The Court will retain jurisdiction of this cause for the purpose of enforcing the Consent Decree and the terms of the incorporated settlement agreement. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.